Paul **CASTONGUAY, Sr.,** Appellant,

v.

**DOUGLAS COUNTY,** Appellee.

No. 10–1021.

United States Court of Appeals, Eighth Circuit.

Submitted: May 7, 2010.

Filed: May 12, 2010.

Paul Castonguay, Sr., Tecumseh, NE, pro se.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

**PER CURIAM.**

Paul Castonguay, Sr. appeals from the district court's[1] order dismissing his pro se 42 U.S.C. § 1983 complaint without prejudice for failure to state a claim. Having conducted careful de novo review, we agree with the district court that the amended complaint fails to state a claim. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

trict of Arkansas.

1. The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.